AP-77,030
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/19/2015 5:22:24 PM
Accepted 2/20/2015 8:06:51 AM
ABEL ACOSTA
CLERK

**JOHN TATUM**
ATTORNEY AT LAW

990 S. Sherman
Richardson, Texas 75081
(972) 705-9200

February 16, 2015

Clerk, Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

FILED IN
COURT OF CRIMINAL APPEALS

February 20, 2015

ABEL ACOSTA, CLERK

Re:     Index correction for Matthew Johnson  v. The State of Texas
        Cause No. AP-77, 030

Dear Clerk:

Please find enclosed herein corrected pages xxi and xxii of the index to be filed on behalf of the above named Appellant.  While preparing for oral argument, Appellant's counsel discovered an error in the index concerning voir dire issues.  The issues in the body of the brief are correctly entitled.  However, there were three corrections made to the title of the issues in the index. Appellant requests that this Court file these two corrected index pages in Appellate brief.

Sincerely,

/s/John Tatum

John Tatum

JT:mt
Enclosures